# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 MAY -4 P 1:10
CLERK OF COURT

(Full name of plaintiff(s))

Jose Guillermo Santiago Jr.

v.

(Full name of defendant(s))

Doctor Gilbert

Doctor Panos

Doctor Lee

Kristan Vasquez, Laura Frazier

Case Number:

20-C-0687

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
(State)

__Ozaukee-West, R.C.I. P.O BOX 900, Sturtevant, WI. 53177__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Doctor Gilbert__
(Name)
is (if a person or private corporation) a citizen of __Wisconsin__

Complaint – 1

3. Defendant Dr. Panos

   Wsiconsin

   Department of Correction, Health Services

   2019 Wisconsin Street

   Sturtevant, Wisconsin 53177


4. Defendant Dr. Lee

   Wisconsin

   Department of Correction, Health Services

   2019 Wisconsin Street

   Sturtevant, Wisconsin 53177


5. Defendant Kristan Vasquez

   Wisconsin

   Department of Correction, Health Service

   2019 Wisconsin Street

   Sturtevant, Wisconsin 53177

6. Defendant Laura Frazier

   Wisconsin

   Department of Correction, Health Service

   2019 Wisconsin Street

   Sturtevant, Wisconsin 53177

(State, if known)

and (if a person) resides at  Wisconsin

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  Racine Correctional 2019 Wisconsin Street

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Doctor Gilbert and everyone who works at the Health Service Unit.

In October of the year 2019 I was scheduled to have my tooth extracted by Dr. Gilbert. After the procedure was done he asked me if I was allergic to anything and I answered Yes I am. I told him that I was allergic to Augmentum. He then prescribed me some Amoxcicilen. After taking the prescribed medication for several days I noticed that my feet, hands, and face were swollen and I was starting to break out in a rash and hives all over my body. I wrote to H.S.U. to let them know what was going on and if this had to do with my lupus. I was called up to H.S.U. the next day. I was seen by a nurse and she asked me what was I doing different. I told her that nothing has changed. She then asked me if I changed the soap I used when I take a shower and I told her no. She the asked me if I was using a different washing powder when I washed clothes and I answered her no. She then asked me what has changed and I told her that I had my tooth removed. I then told her that the dentist prescribed some amoxcicilen to prevent any infection from happening. She then said oh shit he was not suppose to give you that because you are allergic to

Complaint – 2

amoxcicilen and that medication falls under the scope of the umbrella. She then said if he would of scanned your i.d. he would of seen what you are allergic to, see. She showed me how a red flag shows up when you scan my i.d.. She then left the room and went to talk to Dr. Mclean and to Dr. Gilbert. When she returned she told me that she was going to send me some medication to help with the allergic reaction I was having and some lotion for the itch. Luckily another nurse happened to be in the room and she told her that she could not send me back and that she has to follow the emergency protocol. She then left the room and came back and gave me some benedryl and sent me back to the unit. I then was called to H.S.U. several times over several days to be checked on and to see how I am doing. I again was called up to H.S.U. on Saturday the 26th of October to be seen by another nurse. She asked me if there was anything else going on and I told yes I am having trouble swallowing and breathing. She then asked me to open my mouth and she looked inside. I the told her that I am starting to panic because I am having trouble breathing. She told me to sit down and not to panic as she called 911. She then called a white shirt named launderville and he came to H.S.U. with another staff member. They then grabbed me under my arms and proceeded to take me down the stairs out back to the ambulance. Once in the ambulance I was given a shot and they put an oxygen mask on me. When we arrived at the hospital I was seen by a doctor and she put me on a drip and then they gave me a shot that burned like heck all over my body for a few seconds. Then after several hours I was sent back to the prison. When the allergic reaction did not leave Dr. Mclean sent me out to be seen by a doctor who is a specialist in allergies. She then put me on some different medications to try and help with the allergic reaction and to this date April 21st 2020 I still suffer from it and it is still inside me.
This allergic reaction is still inside me and whenever I sweat my whole body gets red and swollen breaks out in hives and starts to itch. If Dr. Gilbert would of followed the proper procedure by scanning my I.D. before he prescribed the medication he would of seen what I was allergic to and he would of known that amoxcicilen is in the family tree of augmentum. The proceudre here is that when you take your medication or one is prescribed for you the staff here have to scann your I.D.. Because of the defendants lack of care and not following protocol I am still suffering physically and mentally.

Complaint – 3

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am seeking Conpensatory Damages in the amount of $25,000 from each of the five defendants; Punitive Damages of $15,000 each from the five defendants; and future Medical Treatment, and to be free from physical and mental pain. Total amount of damages is $200,000. I also want Dr. Gilbert to be fired from working here and his license revoked so no other person has to go threw this and maybe end up dying because of his negligence. Declaratory relief pursuant to Federal Authority, Title 28 U.S.C. Sec. 2201 and 2002; A jury trial on all issues triable by a jury; Plaintiff's cost of this action; Prohibit the defendants from contacting RCI to have the plaintiff transferred to any other institution without the plaintiffs consent during the remainder of his prison sentence. Also a preliminary and permanent injunction which prohibits the defendants, their successors in

office, agents, and employees, and all other person in active concert and participation with them from harassing, threatening, punishing or retaliating in any way against the plaintiff herein because he filed this action against them. Thus, such other and further relief as this court deems just, proper and equitable.

E.  JURY DEMAND

   I want a jury to hear my case.

   [x] – YES    [ ] – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __22nd__ day of __April__ 20__20__.

   Respectfully Submitted,

   *Jose H Santiago Jr*
   (Signature of Plaintiff)

   __200908__
   Plaintiff's Prisoner ID Number

   __Ozaukee-West, R.C.I.__

   __P.O. BOX 900, Sturtevant, WI. 53177__
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

[x]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:20-cv-00687-PP   Filed 05/04/20   Page 7 of 7   Document 1