UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSE GUILLERMO SANTIAGO, JR.,

    Plaintiff,

    v.                                                                    Case No. 20-CV-687

FREDERICK GILBERT,

    Defendant.

## MEDIATION MINUTES AND ORDER RETURNING CASE

**Hon. Nancy Joseph, presiding.**

**Type of proceeding:** MEDIATION/SETTLEMENT CONFERENCE

**Date:** February 14, 2023

**Time Commenced:** 1:00 p.m.     **Time Concluded:** 2:30 p.m.

| **Appearances:** | **Plaintiff:** | Jose Guillermo Santiago, Jr, Plaintiff (via Zoom) <br> Nelida Cortes, Counsel for Plaintiff (via Zoom) |
|---|---|---|
| | **Defendant:** | Sarah A. Huck, Assistant Attorney General (via Zoom) |

**Comments:** Mediation hearing held on February 14, 2023. Mediation has resulted in resolution of the plaintiff's claims. The parties expect to file a stipulation of dismissal in 30 days. The case is returned to the Honorable Pamela Pepper for further processing. The case is no longer referred.