IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JOSE GUILLERMO SANTIAGO, JR.,

    Plaintiff,

    v.                               Case No. 20-CV-687

DOCTOR GILBERT,

    Defendant.

## STIPULATION FOR DISMISSAL

The parties, by their undersigned counsel, hereby stipulate and agree that all claims in the above-captioned case should be dismissed on the merits and with prejudice, without an award of costs to any party, and without further notice.

Date: 3/31/2023     /s/ *Nelida Cortes*
                                      Nelida Cortes, Attorney for Plaintiff
                                      State Bar Number 1022815
                                      CORTES CONSULTATIONS, LLC
                                      P.O Box 14694
                                      West Allis, Wisconsin 53214
                                      Phone: (262) 563-3265
                                      cortesconsultations@gmail.com

Date: 3/31/2023     /s/ Sarah A. Huck
                                        Sarah A. Huck, Attorney for Defendant
                                      Assistant Attorney General
                                      State Bar #1036691
                                      Wisconsin Department of Justice
                                      Post Office Box 7857
                                      Madison, Wisconsin 53707-7857
                                      (608) 266-7971
                                      (608) 294-2907 (Fax)
                                      hucksa@doj.state.wi.us